**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Steven Dwayne Moses, Appellant.

Appellate Case No. 2016-000627

———————————

Appeal From Berkeley County
Kristi Lea Harrington, Circuit Court Judge

———————————

Unpublished Opinion No. 2018-UP-067
Submitted January 1, 2018 – Filed February 7, 2018

———————————

**APPEAL DISMISSED**

———————————

Appellate Defender Lara Mary Caudy, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General John Benjamin Aplin, both of Columbia, for Respondent.

———————————

**PER CURIAM:**  Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**LOCKEMY, C.J., and HUFF and HILL, JJ., concur.**

---

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.